# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JONATHAN FUENTES, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                        Case No: 8:25-cv-2925-WFJ-AAS

PEOPLEGURU HOLDINGS, INC.,

    Defendant.

_____/

## ORDER

This cause comes before the Court *sua sponte* pursuant to Local Rule 1.07(a), M.D. Fla. In view of the related and earlier-filed case of *Vasquez v. PeopleGuru Holdings, Inc.*, No. 8:25-cv-2871-KKM-NHA, which is pending before the Honorable Kathryn Kimball Mizelle, this case is **TRANSFERRED** to Judge Mizelle, with her knowledge and consent, for all further proceedings. The Clerk is directed to effectuate transfer.

    **DONE** and **ORDERED** in Tampa, Florida on October 29, 2025.

                                    s/*William F. Jung*
                                    **WILLIAM F. JUNG**
                                    **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Hon. Kathryn K. Mizelle
Counsel of Record