UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JONATHAN FUENTES, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br>v.<br><br>PEOPLEGURU HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No. 8:25-cv-02925 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff JONATHAN FUENTES, individually and on behalf of all others similarly situated, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the above-named Defendant, without prejudice.

Dated: October 30, 2025.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jonathan Streisfeld*
　　　　　　　　　　　　　　　　　　　Jonathan Streisfeld (FBN 117447)
　　　　　　　　　　　　　　　　　　　**KOPELOWITZ OSTROW, P.A.**
　　　　　　　　　　　　　　　　　　　1 West Las Olas Blvd., Suite 500
　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　Tel.: (954) 332-4200
　　　　　　　　　　　　　　　　　　　streisfeld@kolawyers.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Class*